IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| PLAINTIFF * | |
| * | |
| v * | CASE: 97-CR-91  JAF |
| * | |
| JEANNETTE SOTOMAYOR * | |
| DEFENDANT * | |
| _____* | |

MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT:

NOW COMES the United Sates of America, through the undersigned attorneys and respectfully requests, pursuant to Rule 45 of the Federal Rules of Criminal Procedure, an extension of 30 days, to wit **until May 20, 2007** to file a reply to defendant's motion to clarify court order (Document #1703) in view of the following:

1. The defendant Jeannette Sotomayor, filed a motion to clarify court order.

2. In it, she avers in essence, that since she has already made 39 payments of $250.00 as of April 1, 2007, she would have 143 payments of $250.00 left and a final payment of $189.48 left.

3. She continues to aver that the preceding may be affected only if in fact the deductions from her BOP "salary" checks were destined to pay part of her restitution Order.

4. Accordingly, she requests for an order addressed to BOP to answer whether any deductions made from her checks while she was incarcerated were in fact to pay for her financial obligation to the Court; and if so, what was the total amount of such payments.

5. In order to assist the Court and clarify to which fund has her payments been credited to, the undersigned has obtained most of the information as to her payment history.

6. However, the Government still needs to obtain additional reports to properly ascertain her allegations, specifically corroborate that indeed the Government has received all the payments that she alleges she has made.

7. Accordingly, the undersigned needs an extension of 30 days, until **May 20, 2007**, to properly analyze and properly file a reply to the Defendant's motion to clarify court order.

WHEREFORE in view of all the above, the undersigned needs an extension of only 30 days; to wit, **until May 20, 2007** to properly reply to the Defendant's motion to clarify court order.

CERTIFICATE: I hereby certify that the instant document was filed on this same date via CM/ECF which will automatically notify attorney Francisco Rebollo Casalduc.

At San Juan, Puerto Rico this 20th day of April, 2007.

    ROSA EMILIA RODRIGUEZ VELEZ
    UNITED STATES ATTORNEY

S/    REBECCA VARGAS-VERA, 203307
    ASSISTANT U.S. ATTORNEY
    Torre Chardon, Suite 1201
    350 Chardon Ave.
    San Juan, P.R. 00918
    Tel (787) 766-5656
    Fax (787) 771-4049