IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| PLAINTIFF * | |
| * | |
| v * | CASE: 97-CR-91  JAF |
| * | |
| JEANNETTE SOTOMAYOR * | |
| DEFENDANT * | |
| _____* | |

**RESPONSE TO DEFENDANT'S
MOTION TO CLARIFY COURT ORDER**

TO THE HONORABLE COURT:

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and files this reply to the motion filed by defendant, Jeanette Sotomayor Vázquez, requesting an accounting of her restitution payments. In response thereto, the government states as follows:

1. The defendant Jeannette Sotomayor, filed a motion to clarify court order.

2. In her motion, the defendant claims that she has made 39 payments in the amount of $250.00, as of April 1, 2007. She further claims that some deduction from her BOP "salary" checks may have been designated to pay part of her restitution order.

3. The Government has reviewed the defendant's account and finds that, of the total restitution imposed in the amount of $35,689.49, a total of $9,975.00 has been received as of the date of this motion.

WHEREFORE the United States respectfully requests to take notice of the above.

CERTIFICATE: I hereby certify that the instant document was filed on this same date via CM/ECF which will automatically notify attorney Francisco Rebollo Casalduc.

At San Juan, Puerto Rico this 21st day of May, 2007.

                ROSA EMILIA RODRIGUEZ VELEZ
                UNITED STATES ATTORNEY

S/    REBECCA VARGAS-VERA, 203307
      ASSISTANT U.S. ATTORNEY
      Torre Chardon, Suite 1201
      350 Chardon Ave.
      San Juan, P.R. 00918
      Tel (787) 766-5656
      Fax (787) 771-4049