U.S. DEPARTMENT OF JUSTICE
Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

For inquiries regarding debt call: 787-766-5656

Debtor Statement
This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

*Payment # 11 — 2007*
*Total — 146*

| DATE OF STATEMENT | 10/18/2007 |
|---|---|
| ACCOUNT NUMBER | 2000B27470/001 |

Jeannette Sotomayor-Vazquez
No. 1 Santa Anastacia
El Vigia Dev.
San Juan, PR 00926-4203

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Last Payment Received Date | 09/05/2007 | Current Balance | $38,817.57 |
| Last Payment Amount | $250.00 | Overdue Amount | $0.00 |
| Annual Interest Rate | 0% | Next Payment Amount | $250.00 |
| | | PAY THIS AMOUNT | $250.00 |

MAKE YOUR PAYMENT PAYABLE TO CLERK OF COURT
INCLUDE COURT NUMBER ON YOUR PAYMENT
Please detach and enclose the bottom portion with payment

DO NOT SEND CASH!

U.S. DEPARTMENT OF JUSTICE
Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

For inquiries regarding debt call: 787-766-5656

OVERDUE Debtor Statement
This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

*Payment #12 -- 2007*
*Total -- 47 payments*

| DATE OF STATEMENT | 11/17/2007 |
|---|---|
| ACCOUNT NUMBER | 2000B27470/001 |

Jeannette Sotomayor-Vazquez
No. 1 Santa Anastacia
El Vigia Dev.
San Juan, PR 00926-4203

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Last Payment Received Date | 10/04/2007 | Current Balance | $55,556.68 |
| Last Payment Amount | $250.00 | Overdue Amount | $250.00 |
| Annual Interest Rate | 0% | Next Payment Amount | $250.00 |
| | | PAY THIS AMOUNT | $500.00 |

MAKE YOUR PAYMENT PAYABLE TO CLERK OF COURT
INCLUDE COURT NUMBER ON YOUR PAYMENT
Please detach and enclose the bottom portion with payment

DO NOT SEND CASH!



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

**ATTENTION: YOUR SOCIAL SECURITY BENEFIT PAYMENT MAY BE REDUCED**
04/23/08                **THIS IS NOT A BILL**

JEANNETTE A SOTOMAYOR
URB EL VIGIA
1 SANTA ANASTACIA
SAN JUAN PR 00926

Dear JEANNETTE A SOTOMAYOR:

The Federal agency named below notified the U.S. Department of the Treasury's Financial Management Service (Treasury) that you owe that agency a delinquent debt. Federal law (31 U.S.C. § 3716) requires Treasury to reduce the amount of your Social Security benefit payments to pay this debt, a process known as "offset." Beginning no sooner than 06/2008, Treasury will offset up to 15% of each of your monthly Social Security benefit payments until your debt is paid or otherwise resolved. Treasury will not reduce any of your payments to less than $750 for a non-tax debt. Your Social Security benefit payments will be reduced each month unless you contact the following agency and meet their requirements to stop the monthly reductions:

U.S. ATTORNEY PUERTO RICO           787) 282-1861
ATTN: FINANCIAL LITIGATION UNIT     (800) 255-3545
TORRE CHARDON, SUITE 1201
SAN JUAN      PR00918               Acct Num: PR 2000B27470001
                                    TIN Num: 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

The agency has previously sent notice to you at the last address known to the agency. The notice(s) included information on the amount and type of debt you owe, the rights available to you, and a statement of the agency's intent to collect the debt by reducing any Federal payments made to you. The agency submitted your debt to Treasury for collection because you failed to pay or otherwise resolve the debt. The Social Security Administration and Treasury cannot answer your questions about a debt you owe to another Federal agency. Only the agency to which you owe the debt can assist you in resolving it.

Please note that Treasury may reduce your Social Security benefit payments to collect more than one debt. If you owe debts to more than one Federal agency, Treasury will apply the amounts deducted from your Social Security benefit payments to each debt in the order required by law. **IF YOU RECEIVE OTHER FEDERAL PAYMENTS, THEY MAY BE REDUCED TO PAY YOUR DELINQUENT DEBT WITHOUT ADDITIONAL NOTICE.**

U.S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

PAYEE NAME: JEANNETTE A SOTOMAYOR                    PAYEE TIN: 580800822
PAYING FEDERAL AGENCY: Social Security Administration  PAYMENT DATE: 06/2008
PAYMENT TYPE: CHECK                                   BENEFICIARY TIN: 580800822
CLAIM ACCT NUM: 580800822 A

For Official Use Only:   0000002475 00000000058080008220000000073 48AWRN-SSAJEAN002475

