# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



**UNITED STATES OF AMERICA**

    VS.                             **CRIMINAL NO.**   97-091   **(JAF)**

**JEANNETTE SOTOMAYOR-VAZQUEZ**

| DESCRIPTION OF MOTION ||
|---|---|
| DATE FILED: 4/24/08 DOCKET: 1731<br><br>[ ] Government    [ ] Pretrial<br>[X] Defendant(s)  [ ] Probation | TITLE: EMERGENCY MOTION FOR ORDER OF CONTEMPT. |
| **- ORDER -** ||
| THE COURT IS ACCEPTING THE FIGURES PROPOSED BY COUNSEL IN ¶ 3 AND THE DEBTOR STATEMENT SHALL BE CONSIDERED AMENDED OR CORRECTED ACCORDINGLY. THE COURT WILL NOT ALLOW FOR THE SOCIAL SECURITY BENEFITS TO BE PLACED AT RISK ON ACCOUNT OF THIS FAILURE BY THE GOVERNMENT.<br><br>    IF COUNSEL FINDS THERE IS SUPPORT FOR A FUTURE MOTION TO TERMINATE RESTITUTION, THE SAME WILL BE ENTERTAINED.<br><br>    IT IS SO ORDERED. ||

    4/29/2008                       S/JOSE ANTONIO FUSTE
      DATE                           JOSE A. FUSTE
                                  CHIEF U.S. DISTRICT JUDGE