U.S. DEPARTMENT OF JUSTICE
Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

Debtor Statement *Anejo #1*

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF STATEMENT | 06/16/2008 |
|---|---|
| ACCOUNT NUMBER | 2000B27470/001 |

Jeannette Sotomayor-Vazquez
No. 1 Santa Anastacia
El Vigia Dev.
San Juan, PR 00926-4203

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

## ACCOUNT INFORMATION

| Last Payment Received Date | 05/28/2008 | Current Balance | $52,165.93 |
|---|---|---|---|
| Last Payment Amount | 250.00 | Overdue Amount | $0.00 |
| Annual Interest Rate | 0% | Next Payment Amount | $250.00 |
| | | PAY THIS AMOUNT | $250.00 |

MAKE YOUR PAYMENT PAYABLE TO CLERK OF COURT
INCLUDE COURT NUMBER ON YOUR PAYMENT
Please detach and enclose the bottom portion with payment

DO NOT SEND CASH!

---

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

| Account Number | 2000B27470/001 |
|---|---|
| Name | Jeannette Sotomayor-Vazquez |
| Court Number | 97CR091-02 |
| Payment Due Date | 07/01/2008 |
| Total Amount Due | $250.00 |
| Amount Enclosed | |

Address Correction, please note below:

Please mail payments to:

US Clerk of Court-Degetau Federal Bldg
Chardon Ave., Room 150
Hato Rey, PR 00918

*Anejo #2*

**DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686**

**THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS**

Dear JEANNETTE A SOTOMAYOR:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

U.S. ATTORNEY PUERTO RICO
ATTN: FINANCIAL LITIGATION UNIT
TORRE CHARDON, SUITE 1201
SAN JUAN       PR00918

787) 282-1861     (800) 255-3545
PURPOSE: Non-Tax Federal Debt

TIN Num: 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
TOP Trace Num: P49408100
Acct Num: PR 2000B27470001
Amount This Creditor:     $158.40
Creditor: 09    Site: 00

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
TELECOMMUNICATIONS DEVICE FOR THE DEAF (TDD) (866) 297-0517

PAYMENT SUMMARY
PAYEE NAME:   JEANNETTE A SOTOMAYOR
PAYMENT BEFORE REDUCTION:      $1056.00
→ TOTAL AMOUNT OF THIS REDUCTION:    $158.40
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 580800822 A

PAYEE TIN: 580800822
PAYMENT DATE: 06/25/08
PAYMENT TYPE: Check
BENEFICIARY TIN: 580800822

FOR OFFICIAL USE ONLY:   0000000110 P494081005808008220002317385 SSA-P01JEAN000110
4500 53293662 20184904 S1  2  D

RC1207



*Anejo #3*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of the Treasury,
   Financial Management Service
   PO Box 1686
   Birmingham, AL 35201-

2. Article Number (Transfer from service label): 7008 0150 0000 2368 9355

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Deb... Hill
C. Date of Delivery: 6/6/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box

Jeannette Sotomayor
Urb El Vigia,
1 Santa Anastacia St.
San Juan, PR 00926-4203