IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

YAMIL KOURI PEREZ, Et, al.

Defendant (s)

CRIM. NO. 97-00091 (JAG)

**MOTION FOR CANCELLATION OF CAUTIONARY NOTICE**

TO THE HONORABLE COURT:

Plaintiff, United States of America, by its undersigned attorneys moves the Court for an order for the cancellation of Lis Pendens on the following real property:

**ONE URBAN LOT #2120, LOCATED AT 1 STA. ANASTASIA ST., URB. EL VIGIA, CUPEY PR, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:**

**URBANA:** Solar #1 del plano de la Urbanización El Vigía, ubicado en el barrio Cupey de Rio Piedras, Puerto Rico, con una cabida superficial de 2,913.96 metros cuadrados, colindando por el: NORTE: con area dedicada a uso público a una distancia de 66.705 metros dedicados a uso público; SUR; con terreno de Norris E. Deliz, en una distancia de 67.03 metros y 8:20 metros adicionales; ESTE: con la calle #2 de la Urbanizacón El Vigía en una distancia de 59.80 metros; OESTE: con terrenos de Gabriel D. Gonzalez Couvertier, en una distancia de 28.79 metros.

(Folio 122 del tomo 55, Finca #2120).

Propietario Registral: José Luis Alicea Reyes y Jeannette Awilda Sotomayor Vázquez.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order instructing the Property Registrar for the pertinent section of the Registry of Property of the

Commonwealth of Puerto Rico to cancel the Cautionary Notice on the above described property and instruct The Clerk of the Court to send **certified copies** of the order to all counsel of record and the United States Marshals Service.

In San Juan, Puerto Rico, this 1st th day of August, 2008.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*S/Maritza González*
Assistant U.S. Attorney
# 350 Chardon St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico 00918
TEL. (787) 766-5656/ FAX: (787) 771-4050
Maritza.gonzalez@usdoj.gov