UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

JEANNETTE SOTOMAYOR-VAZQUEZ (02),

　　　　Defendant.

Criminal No. 97-00091 (JAF)

**O R D E R**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

**ORDERS, ADJUDGES, AND DECREES**

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry the real property herein described:

**ONE URBAN LOT #2120, LOCATED AT 1 STA. ANASTASIA ST., URB. EL VIGIA, CUPEY PR, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:**

**URBANA:** Solar #1 del plano de la Urbanización El Vigía, ubicado en el barrio Cupey de Río Piedras, Puerto Rico, con una cabida superficial de 2,913.96 metros cuadrados, colindando por el: NORTE: con área dedicada a uso público a una distancia de 66.705 metros dedicados a uso público; SUR; con terreno de Norris E. Deliz, en una distancia de 67.03 metros y 8:20 metros adicionales; ESTE: con la calle #2 de la Urbanización El Vigía en una distancia de 59.80 metros; OESTE: con terrenos de Gabriel D. González Couvertier, en una distancia de 28.79 metros.

(Folio 122 del tomo 55, Finca #2120).

Propietario Registral: José Luis Alicea Reyes y Jeannette Awilda Sotomayor Vázquez.

USA vs. Yamil Kouri Pérez et als.
97-cr-00091 (JAF)
-2-

  The Clerk is hereby directed to send **certified copies** of this Order to counsel of record and the United States Marshal's Service.

  In San Juan, Puerto Rico, this 7th day of August, 2008.

              <u>S/JOSE ANTONIO FUSTE</u>
              JOSE ANTONIO FUSTE, CHIEF
              UNITED STATES DISTRICT JUDGE