**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| United States of America | RECEIVED & FILED | CR 97-0091(JAF) |
| DEFENDANT | 2008 SEP -4 PM 2:48 | TYPE OF PROCESS |
| JEANNETTE SOTOMAYOR VAZQUEZ [2] | | CANCEL Cautionary Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Luis O. Davila Aleman, Esq. REPRESENTS R&G Mortgage Corp. Tel. (787) 758-3636 / (787) 771-4429
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
RR-9 Box 1838, San Juan, PR 00926

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656
Telecopier; 787-766-6219 Legal Aide M. Ruz - 787-282-1879

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FINCA 2120, FOLIO 122 DEL TOMO 55 - One urban lot #2120, located at 1 Sta. Anastasia Street, Urb. El Vigia, Cupey. Solar #1, ubicado en el Barrio Cupey de Rio Piedras, Puerto Rico, con una cabida superficial de 2,913.96 mc, colindando por el NORTE, con area dedicada a uso publico; SUR, con terreno de Norris E. Deliz; ESTE, con la calle #2 de la Urb. El Vigia; OESTE, con terrenos de Gabriel D. Gonzalez Couvertier.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: JUL/14/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 69
District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk
Date: 8/18/08

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 9/4/08   Time: 1:15 [X] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | 8.00 | | |

REMARKS: Served via certified mail. See attached receipt.
98-FBI-001234

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

JDIS
AFO [ ]   IN [X]
CIV [ ]   OUT [ ]
Item:

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

US DEPT OF JUSTICE (AFD)
UNITED STATES MARSHALS SERVICE
150 AVE. CARLOS CHARDON STE 200
SAN JUAN, PR 00918

2008 AUG 26 AM 10:37
FINANCE
U.S. MARSHALS
RECEIVED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Hernandez   C. Date of Delivery |
| 1. Article Addressed to:<br>LUIS O. DAVILA ALEMAN, ESQ.<br>RR-9 BOX 1838<br>SAN JUAN, PR 00926 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  7006 3450 001 2675 2239<br>(Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540