**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

RECEIVED & FILED
2008 SEP -8 AM 11:29

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 97-0091(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JEANNETTE SOTOMAYOR VAZQUEZ [2] | CANCEL Cautionary Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEANNETTE SOTOMAYOR VAZQUEZ via attorney ~~Jose R. Arroyo~~ Tel. (787) 765-0814 / (787) 274-0071
Francisco Rebollo
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
569 Tn. Cesar Gonzalez Street, San Juan, PR 00918
787.765.0505

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656
Telecopier; 787-766-6219 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

FINCA 2120, FOLIO 122 DEL TOMO 55 - One urban lot #2120, located at 1 Sta. Anastasia Street, Urb. El Vigia, Cupey. Solar #1, ubicado en el Barrio Cupey de Rio Piedras, Puerto Rico, con una cabida superficial de 2,913.96 mc, colindando por el NORTE, con area dedicada a uso publico; SUR, con terreno de Norris E. Deliz; ESTE, con la calle #2 de la Urb. El Vigia; OESTE, con terrenos de Gabriel D. Gonzalez Couvertier.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: VIII/14/18

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 69
District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk
Date: 8/18/08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Lcdo. Francisco Rebollo

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Capitol Center Sur
Suite 1005
Tel. 787.765-0505

Date: 9-3-08   Time: 1:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $135 | 12.12 | — | $147.12 | | |

REMARKS: 8/28/08 - Informed by atty. Jose Aguayo - that he does not represent Ms Sotomayor 11/05 that her atty is Fco Rebollo - ML
98-FBI-001234

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated JDIS

AFO ☐   IN ☒
CIV ☐   OUT ☒
Item: 3