| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 97-0091(JAF) |
|---|---|
| DEFENDANT<br>JEANNETTE SOTOMAYOR VAZQUEZ [2] | TYPE OF PROCESS<br>CANCEL Cautionary Notice |

RECEIVED & FILED
2008 SEP 17 AM 10: 59

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  David C. Indiano Vicic Esq. REPRESENTS Banco Popular de PR  Tel. (787) 641-4545 / (787) 641-4544
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  207 Del Parque Street, 3rd Floor, San Juan PR 00912

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656
Telecopier: 787-766-6219 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

FINCA 2120, FOLIO 122 DEL TOMO 55 - One urban lot #2120, located at 1 Sta. Anastasia Street, Urb. El Vigia, Cupey. Solar #1, ubicado en el Barrio Cupey de Rio Piedras, Puerto Rico, con una cabida superficial de 2,913.96 mc, colindando por el NORTE, con area dedicada a uso publico; SUR, con terreno de Norris E. Deliz; ESTE, con la calle #2 de la Urb. El Vigia; OESTE, con terrenos de Gabriel D. Gonzalez Couvertier.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: VIII/8/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/18/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:  SETH ERBE - Atty

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/28/08  Time: 1:40 pm
Signature of U.S. Marshal or Deputy: Francisco A. Lops

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | 5.08 | - | $50.08 | - | 50.08 |

REMARKS:
98-FBI-001234

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated JDIS |

AFO ☐  IN ☒
CIV ☐  OUT ☒
Item: 2